# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JOHN SIEGENTHALER,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:07-cv-173-Orl-22DAB**

**KANE FURNITURE CO. OF ORMOND REACH, INC., and BRYON S. KALIN,**

        **Defendants.**

_____

## ORDER

This cause is before the Court on the Joint Notice of Settlement, Motion for Approval of Settlement, Motion to Dismiss Case With Prejudice (Doc. No. 13) filed on May 1, 2007.

The United States Magistrate Judge has submitted a Report recommending that the Motion for Approval be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed June 15, 2007 (Doc. No. 17) is ADOPTED and CONFIRMED and made a part of this Order.

2. The Motion for Approval of Settlement is granted in part. The Court approves a settlement to Plaintiff of $30,000.00, minus fees of $6,000.00 and costs of $500.00.

   3. The Motion to Dismiss Case With Prejudice is granted.  This case is hereby DISMISSED WITH PREJUDICE.

   4. The Clerk is directed to CLOSE the file.

  **DONE** and **ORDERED** in Chambers, in Orlando, Florida on July 2, 2007.

Copies furnished to:

United States Magistrate Judge  
Counsel of Record

ANNE C. CONWAY  
United States District Judge